UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JASON ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-CV-02550-SAC |
| | ) | |
| THE BOARD OF COUNTY COMMISSIONERS | ) | |
| OF THE COUNTY OF CHASE, KANSAS, | ) | |
| LARRY SIGLER, MIKE SWIFT, CHRIS HASKIN, | ) | |
| ASHLEY MCKNIGHT, KEITH GRAFEL, | ) | |
| LYNESSA SHERWOOD, ED SNOVELLE, | ) | |
| AARON HOFFMAN, SHAWN FUND, AND | ) | |
| CHASE COUNTY DETENTION CENTER | ) | |
| AND/OR CHASE COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants The Board of County Commissioners of the County of Chase, Kansas, Larry Sigler, Mike Swift, Chris Haskin, Ashley McKnight, Keith Grafel, Lynessa Sherwood, Ed Snovelle, Aaron Hoffman, Shawn Fund, and Chase County Detention Center and/or Chase County Jail and move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's claims against them. In support of their motion, Defendants submit herewith a supporting memorandum.

WHEREFORE, Defendants respectfully request that their motion to dismiss be granted.

Respectfully submitted,

/s/ Brian E. Vanorsby
David G. Seely - # 11397
Brian E. Vanorsby - # 27606
FLEESON, GOOING, COULSON & KITCH, L.L.C.
1900 Epic Center, 301 N. Main
Wichita, Kansas 67201
Telephone:  (316) 267-7361
Email: dseely@fleeson.com
            bvanorsby@fleeson.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on 11th day of January, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:

James M. Crabtree
CRABTREE LAW OFFICE
4460 W. 107th St.
Overland Park, Kansas 66207
Jmscrabtree@yahoo.com

/s/ Brian E. Vanorsby
Brian E. Vanorsby