IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF KANSAS

| | |
|---|---|
| JASON ROGERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:20-CV-02550-SAC-ADM |
| ) | |
| THE BOARD OF COUNTY COMMISSIONERS ) | |
| OF THE COUNTY OF CHASE, KANSAS, et al. ) | |
| ) | |
| Defendants. ) | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants by and through the undersigned counsel of record, and hereby stipulate that this case should be dismissed with prejudice, each party shall bear their own costs.

WHEREUPON the Court, upon being duly advised in the promises, accepts the parties' stipulation, and concludes that this action should be dismissed in accordance with the stipulation.

IT IS THEREFORE ORDERED that this action should be and is hereby dismissed with prejudice, and that the parties shall bear their own costs.

Dated this 30th day of August, 2021.

                                                    s/Sam A. Crow
                                                  Hon. Sam A. Crow
                                                  Senior U.S. District Court Judge

STIPULATED AND APPROVED:

CRABTREE LAW OFFICE

By: /S/ James M. Crabtree\_\_\_\_
James M. Crabtree - KS#16311
          MO#41618
4460 W. 107th Street,
Overland Park, KS 66207
Ofc: 913-888-7100
Fax: 913-888-7388
ATTORNEY FOR PLAINTIFF

FLEESON, GOOING, COULSON, & KITCH, LLC

By:/S/Brian E. Vanorsby\_\_
David G. Seely, KS # 11397
Brian E. Vanorsby, KS #27606
301 N. Main, Ste. 1900
Wichita, KS 67202
Tel: 316-267-7361
Fax: 316-267-1754
bvanorsby@fleeson.com
*Attorneys for Defendants the Board of County Commissioners of the County of Chase, Kansas, Larry Sigler, Mike Swift, Chris Haskin, Ashley McKnight, Keith Grafel, Ed Snovelle, and Aaron Hoffman*

FISHER, PATTERSON, SAYLER, & SMITH, LLP

By: /S/ Terrelle A. Mock\_\_
Terrelle A. Mock      KS#21465
3550 S.W. 5th Street,
Topeka, KS 66606
Tel: 785-232-7761
Fax: 785-232-6604
tmock@fpsslaw.com
ATTORNEY FOR DEFENDANT SHAWN FUND